Katharine Clark Littlefield, plaintiff in error, v. William W. Armstrong, defendant in error. Gen. No. 35,843.

Opinion filed October 4, 1932.
William E. Lane, for plaintiff in error. Beckman, Todd, Hough & Woods, for defendant in error; George E. Woods and Glenn E. Miller, of counsel.
Mr. Presiding Justice Kerner delivered the opinion of the court.

Julius Petrik, defendant in error, v. Charles Janovsky, plaintiff in error. Gen. No. 35,851.

Opinion filed October 4, 1932.
Joseph Rosenstein, for plaintiff in error; Julian Kwasigroch, of counsel. Irene M. Lefkow, for defendant in error.
Mr. Presiding Justice Kerner delivered the opinion of the court.

Christopher Hemrick, appellant, v. Thomas J. Purcell, appellee. Gen. No. 35,863.

Opinion filed October 4, 1932. Rehearing denied October 15, 1932.
Murphy O. Tate, for appellant. Cassels, Potter & Bentley, for appellee; Ralph F. Potter, Kenneth B. Hawkins and George C. Bunge, of counsel.
Mr. Presiding Justice Kerner delivered the opinion of the court.

Edward C. Kesler, appellee, v. Frank E. Dingle, appellant. Gen. No. 35,867.

Opinion filed October 4, 1932.
Frank E. Dingle, pro se. Stedman, Kesler, Lewis & Feinstein, for appellee.
Mr. Presiding Justice Kerner delivered the opinion of the court.